CRAIG AND MACAULEY | PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

November 28, 2006

Clerk of Court
United States Bankruptcy Court
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, MA 02222

    Re:    655 Corporation
              Chapter 11, Case No. 06-13020-JNF

Dear Clerk of Court:

Craig and Macauley Professional Corporation is counsel to the debtor 655 Corporation. At this time, I am requesting a copy of the Official Claims Register in this case. Please forward the register to me at your earliest convenience.

Thank you for your assistance in this matter.

Very truly yours,

Kathleen A. Rahbany