UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**655 CORPORATION,**
    Debtor

Chapter 11
Case No. 06-13020-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

### ORDER

Upon consideration of the allegations made by the Debtor, Shamus Holding LLC (Case No. 07-14572-JNF) in a pleading captioned "Debtor's Supplemental Opposition to Motion of LBM Financial, LLC to Dismiss Chapter 11 Proceeding," and it appearing that expedited consideration of this order is warranted in view of the seriousness of the allegations in the Supplemental Opposition and the absence of a disclosure statement and plan of reorganization in this one-year old case, the Debtor is hereby ordered to show cause, in writing, no later than September 28, 2007 at 4:30pm, why its Chapter 11 case should not be converted to a case under Chapter 7 or a Chapter 11 Trustee appointed.

                                        By the Court,

                                    Joan N. Feeney
                                    United States Bankruptcy Judge

Dated: September 25, 2007
cc: William R. Moorman, Esq., Kathleen Rahbany, Esq., Charles A. Dale, III, U.S. Trustee