# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:**                                                         **Case Number:**                                **Ch:**

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                                                    IT IS SO ORDERED:

_____                                             _____Dated:_____
Courtroom Deputy