# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 655 Corporation                **Case Number:** 06-13020        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#382  Trustee's Objection to Claim 8,9,10,11,12,13 of LBM Financial LLC.
(Response due 12/7/09)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#382  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  No responses filed.  The Trustee's objections to Claim 8, 9, 10, 11, 12, 13 of LBM Financial LLC are sustained.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney

_____                      _____ Dated: 12/15/2009
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge